

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00371-CV

**CITY OF SAN ANTONIO** and Toyota Motor Manufacturing Texas, Inc.,
Appellants

v.

**SOUTHSIDE AFFORDABLE DEVELOPMENT LLC,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI25553
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

DISMISSED FOR LACK OF JURISDICTION

Delivered and Filed: May 14, 2025

On May 28, 2024, appellant Toyota Motor Manufacturing, Texas, Inc. ("Toyota") filed a notice of appeal filed a notice of interlocutory appeal pursuant to section 51.014 of the Texas Civil Practice and Remedies Code. In the alternative, Toyota requested that its appeal be construed as a petition for writ of mandamus.

Having reviewed the matter, we determine Toyota is not entitled to an interlocutory appeal under section 51.014 challenging the denial of the plea, because "[a]n interlocutory appeal from

an order denying a plea to the jurisdiction is available by statute only to governmental agencies." *In re Est. of O'Bryant*, No. 04-04-00359-CV, 2004 WL 2616323, at \*1 (Tex. App.—San Antonio Aug. 11, 2004). *See also Texas A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 843 (Tex. 2007) ("[T]he statute must allow an appeal to be filed by both a non-governmental plaintiff challenging the *grant* of a plea to the jurisdiction and a governmental defendant challenging the *denial* of one.") (emphasis added).

Accordingly, we will construe Toyota's appeal as a petition for writ of mandamus. To the extent Toyota attempts to appeal from the trial court's order denying its plea to the jurisdiction, its appeal is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM